LOUISE WIEGAND, Appellant, v. CITY OF NEW YORK, Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ. [See 273 App. Div. 1025.]

EMILIA G. VOLKMAN, Respondent, v. CHARLES H. VOLKMAN, Appellant.— In an action for a separation, order conditionally denying defendant's motion to dismiss for failure to prosecute affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ., concur.

## THIRD DEPARTMENT, SEPTEMBER, 1948.
### (September 15, 1948.)

In the Matter of the Claim of MARTHA W. ELDREDGE, Respondent, against RALPH WEIDLER et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ. [See ante, p. 138.]

In the Matter of the Claim of SADIE MERMELSTEIN, Respondent, against BETH ISRAEL HOSPITAL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ. [See 273 App. Div. 1045.]

In the Matter of MATHIASEN SHIPPING CO., INC., et al., Appellants. EDWARD CORSI, as Industrial Commissioner, Respondent.— Motion to amend decision of this court, handed down July 7, 1948 (ante, p. 832), by striking from said decision the words " Determination of the Industrial Commissioner unanimously confirmed, without costs ", and inserting in place thereof the words " Decision of the Unemployment Insurance Appeal Board unanimously affirmed, without costs ", and to resettle the order entered on the 8th day of July, 1948, by striking from said order, in the ordering paragraph thereof, the words " that the determination of the Industrial Commissioner be and the same is unanimously confirmed, without costs ", and substituting in place thereof the words " that the decision of the Unemployment Insurance Appeal Board be and the same hereby is unanimously affirmed, without costs ". Motion granted, in accordance with the application, with $10 costs. The correction is made because of an inadvertent error in the original decision. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ.

In the Matter of TRAVELERS EXPRESS COMPANY et al., Petitioners, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ. [See ante, p. 833.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING HAIM et al., as Surviving Directors of INTERNATIONAL DISTRIBUTORS, INC., Petitioners, against ALGER B. CHAPMAN et al., Constituting the Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ. [See ante, p. 132.]